# Court of Appeals
# of the State of Georgia

ATLANTA,  December 01, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0750. FERNANDO BENNEFIELD v. THE STATE.**
**A26A0784. FERNANDO BENNEFIELD v. THE STATE.**

After pleading guilty in 2023 to unlawful acts of violence in a penal institution and in 2025 to aggravated battery and unlawful acts of violence in a penal institution, Fernando Bennefield filed motions to withdraw his guilty pleas in both cases. The trial court denied the motions on June 6, 2025. Bennefield filed notices of appeal on October 21, 2025. We lack jurisdiction.

Pretermitting whether Bennefield is entitled to a direct appeal, a notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Kelly v. State*, 311 Ga. 827, 828 (860 SE2d 740) (2021). Here, Bennefield's notices of appeal — filed 137 days after entry of the orders denying his motions to withdraw his guilty pleas — are untimely. See OCGA § 5-6-38(a). Accordingly, we lack jurisdiction to consider these appeals, which are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  12/01/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.